1   THOMAS P. O'BRIEN                      STAYED(JS-6)
   Acting United States Attorney
2   CHRISTINE C. EWELL
   Assistant United States Attorney
3   Chief, Criminal Division
   STEVEN R. WELK
4   Assistant United States Attorney
   Chief, Asset Forfeiture Section
5   FRANK D. KORTUM
   Assistant United States Attorney
6   California Bar No. 110984
       U.S. Courthouse, Suite 8000
7       411 West Fourth Street
       Santa Ana, California 92701
8       Telephone:  (714) 338-3591
       Facsimile:  (714) 338-3561
9       Email:      Frank.Kortum@usdoj.gov

10   Attorneys for Plaintiff
   United States of America

11

12               UNITED STATES DISTRICT COURT

13         FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                 WESTERN DIVISION

15

16   UNITED STATES OF AMERICA,    )   NO. CV 05-08217-MMM(VBKx)
                           )
17          Plaintiff,      )   **[~~PROPOSED~~] ORDER TO CONTINUE**
                           )   **STAY OF ACTION PENDING**
18            v.          )   **CONCLUSION OF RELATED CRIMINAL**
                           )   **CASE**
19   REAL PROPERTY IN SANTA PAULA,  )
   CALIFORNIA,                )
20                            )
          Defendant.     )
21   _____)
                           )
22   JOHN F. GRIFFITHS,       )
                           )
23           Claimant.      )
                           )
24   _____)

25

26   //

27   //

28   //

                                             FDK:ka

1        Pursuant to the stipulation of the of the parties and for

2   good cause appearing, the request to continue the stay of this

3   action until September 30, 2009 is GRANTED.  At that time, the

4   parties will file a joint report informing the Court of the status

5   of the related criminal investigation.  If the investigation is

6   concluded before September 30, 2009, the parties will, within two

7   weeks of the conclusion, lodge a stipulation to vacate the stay.

8        IT IS SO ORDERED.

9

10  DATED: July 8, 2009          _____
                                 THE HONORABLE MARGARET M. MORROW
11                                   UNITED STATES DISTRICT JUDGE

12

13  Respectfully submitted:

14

    THOMAS P. O'BRIEN
15  United States Attorney
    CHRISTINE C. EWELL
16  Assistant United States Attorney
    Chief, Criminal Division
17  STEVEN R. WELK
    Assistant United States Attorney
18  Chief, Asset Forfeiture Section

19

    _____
20  FRANK D. KORTUM
    Assistant United States Attorney
21
    Attorneys for Plaintiff
22  United States of America

23

24

25

26

27

28

                                    2                            FDK:ka