JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 05-08217 MMM (VBKx) |
| Plaintiff, | |
| vs. | JUDGMENT FOR PLAINTIFF |
| REAL PROPERTY IN SANTA PAULA, CALIFORNIA, | |
| Defendant. | |

On January 25, 2011, the court entered an order granting the motion for summary judgment filed by plaintiff United States of America. Accordingly,

IT IS ORDERED AND ADJUDGED that the defendant real property, legally described as "t]hat portion of Lot 22, of the Eliseo Tract, in the County of Ventura, State of California, as shown on map recorded in book 8, page 96, of Parcel Maps, in the Office of the County Recorder of said County, shown as parcel 10 on said map, together with those certain non-exclusive easements for road and utility purposes as described in that certain easement deed dated October 2, 1979 and recorded January 8, 1980 in book 5574, page 186 of the official records. Assessor's Parcel Number: 062-0-060-375," is forfeited to the United States of America and shall

1 be disposed of in accordance with law;

3 DATED: January 25, 2011

                                        MARGARET M. MORROW
                                      UNITED STATES DISTRICT JUDGE