ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California Bar No. 110984
Assistant United States Attorney
Asset Forfeiture Section
    United States Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213)894-2727
    Facsimile: (213)894-7177
    E-Mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 05-8217-MMM(VBKx) |
| Plaintiff, | ~~[Proposed]~~ **CONSENT JUDGMENT** |
| v. | |
| REAL PROPERTY IN SANTA PAULA, CALIFORNIA, | |
| Defendants. | |
| JOHN F. GRIFFITHS, | |
| Claimant. | |

      Plaintiff United States of America ("plaintiff" or "the government") initiated this action by filing a Complaint for Forfeiture on November 18, 2005. Notice was given and published in accordance with law. John F. Griffiths ("claimant") filed a claim and answer on February 17, 2006. No other claims or answers have been filed, and the time for filing claims and answers has expired. Plaintiff and claimant have

1

reached an agreement that is dispositive of the action. The parties hereby request that the Court vacate the previously entered summary judgment pursuant to FRCP 60(b)(5) and enter this Consent Judgment, which can be satisfied in full by payment according to paragraph 4.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant Real Property in Santa Paula, California ("defendant property") other than John F. Griffiths are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The legal description of the defendant property is as follows:
> That portion of Lot 22, of the Eliseo Tract, In the County of Ventura, State of California, as shown on map recorded in Book 8, Page 96, of Parcel maps, In the Office of the County Recorder of said County, shown as Parcel 10 on said Map, together with those certain non-exclusive easements for road and utility purposes as described in that certain easement Deed dated October 02, 1979 and recorded January 08, 1980 in Book 5574, Page 186 of Official Records.

The Assessor's Parcel Number is 062-0-060-375.

4. Claimant within 60 days of the filing of the Consent Judgment will pay the government $125,000.00 in full satisfaction of this Consent Judgment, upon receipt of which the government will file a notice of withdrawal of lis pendens (in the form attached hereto as Exhibit "A"); execute an acknowledgment of full satisfaction of judgment (in the form attached hereto as Exhibit "B"); and provide claimant with recordable copies of each. If claimant elects to refinance the defendant property within said sixty day period, the parties will establish an escrow account and execute

1  escrow instructions which shall provide that $125,000 will be contributed to escrow
2  directly from the refinancing and the government will submit into escrow an executed
3  copy of the notice of withdrawal of lis pendens (in the form attached hereto as
4  Exhibit "A") and an executed acknowledgment of full satisfaction of judgment (in the
5  form attached hereto as Exhibit "B").  When these conditions are met and all funds
6  are free and clear for payment, the escrow agent will release and pay $125,000.00 via
7  wire transfer to the government and will release the executed documents to claimant.
8  The parties shall reasonably cooperate to allow such refinancing to occur.  Claimant
9  shall pay all costs and fees related to any refinancing and escrow.

10        5.    Upon the government's receipt of the $125,000.00 from claimant (or
11  from escrow pursuant to the terms in paragraph 4), this Consent Judgment is satisfied
12  in full, the government releases claimant from all liability arising from the allegations
13  of the complaint, and the defendant property shall not be subject to forfeiture.  The
14  government shall forfeit said funds in accordance with the law.

15        6.    Claimant hereby release the United States of America, its agencies,
16  agents, and officers, including employees and agents of the United States Drug
17  Enforcement Administration, from any and all claims, actions or liabilities arising out
18  of or related to this action, including, without limitation, any claim for attorneys' fees,
19  costs or interest which may be asserted on behalf of the claimants, whether pursuant
20  to 28 U.S.C. § 2465 or otherwise.

21        7.    The Court finds that there was reasonable cause for the seizure of the
22  defendant property and institution of these proceedings. This judgment shall be
23  construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

25  DATED: December 21, 2011

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

3

1 | Approved as to form and consent:
2 | DATED: December_19, 2011

ANDRE BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chef, Asset Forfeiture Section

/s/
_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: December 19, 2011         FERGUSON CASE ORR PATERSON LLP

/s/
_____
WENDY C. LASCHER

Attorney for Claimant
John Griffiths

4